IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| SEAN C. SOWARDS, | : | Case No. 1:20-cv-88 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| JOSEPH TANISINO, *et al.*, | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 4)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety.  Accordingly, this action is **DISMISSED** without prejudice for lack of prosecution pursuant to Fed. R. Civ. P 41(b).  *See also Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962); *Jourdan v. Jabe*, 951 F.2d 108, 109-10 (6th Cir. 1991)

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By:   */s/ Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND